JOHN WINFIELD SCOTT, Respondent, v. CHARLES D. BARRY and Others,
Copartners, etc., Appellants.— Motion denied, without costs.   Present —
Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

ROSE SMITH, Respondent, v. JOSEPH GOLDENBERG, Appellant, and Another,
Defendant.— Motion for stay denied, without costs.   Present — Blackmar,
P. J., Mills, Putnam, Kelly and Manning, JJ.

RAYMOND A. WALSH and Another, Copartners, etc., Respondents, v.
JAMES TALCOTT, INC., Appellant.— Motion denied.   Present — Blackmar,
P. J., Mills, Putnam and Manning, JJ.

AMERICAN VITRIFIED PRODUCTS COMPANY, Appellant, v. THE STATE OF
NEW YORK and Others, Respondents.— Judgment unanimously affirmed,
with costs.   No opinion.   Present — Blackmar, P. J., Mills, Rich, Jaycox
and Manning, JJ.

JOSEPHINE BASSO and MORRIS RUFFINO, as Administrators, etc., of
SALVATORE BASSO, Deceased, Respondents, v. JOHN T. CLARK & SON, INC.,
Appellant.— The proposed bill fails to furnish the particulars required by
the order of September 28, 1920.   The order appealed from is, therefore,
reversed in so far as it directs the service of the bill proposed, and the plaintiffs
are directed to serve a bill in compliance with the order of September 28,
1920; and as so modified affirmed, without costs of this appeal.   Blackmar,
P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

HARRY BERNSTEIN, Respondent, v. GEORGE ORLEVITCH and Others,
Appellants.— Order affirmed, with ten dollars costs and disbursements.
No opinion.   Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.,
concur.

EDWARD BRENNAN, an Infant, by JAMES BRENNAN, His Guardian ad
Litem, Respondent, v. JOHN VAN PRAAG, Appellant, and EVA VAN PRAAG,
Defendant.— Judgment and order unanimously affirmed, with costs.   No
opinion.   Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

JOHN CANELLIS, Respondent, v. LUNA AMUSEMENT COMPANY, Appellant.—
Order affirmed, with ten dollars costs and disbursements.   No opinion.
Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

JOHN DAVIS, Respondent, v. ANNIE DAVIS, Individually and as
Administratrix, etc., of MORRIS W. DAVIS, Deceased, and Others,
Respondents, Impleaded with LOUIS DAVIS and Others, Appellants, and
Others.— Order affirmed, with ten dollars costs and disbursements.   No
opinion.   Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

CHARLES F. DELANO, Respondent, v. THE COUNTY OF SUFFOLK,
Appellant.— Judgment unanimously affirmed, with costs.   No opinion.
Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

CAROLINE FERRARA, Plaintiff, v. JOHN FERRARA and Another, Defendants,
Impleaded with GEFIEDO VOPCILLO and Others, Appellants.   FRANK
FERRARA and STELLA R. FERRARA, Purchasers, Respondents.— Appeal
dismissed, without costs.   No opinion.   Blackmar, P. J., Mills, Rich,
Jaycox and Manning, JJ., concur.